IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Daniel Levi Guy /205865 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Sgt. G. Tippins )
)
Alabama Department of )
Corrections Officer. 5375 )
Ingram Rd. Deatsville, Al. 36022 )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2007 FEB 22 A 9:24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

CIVIL ACTION NO. 2:07-CV-157-WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Frank Lee Youth Center Level 2 Honor Camp_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Frank Lee Youth Center._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS

1. _Sgt. G. Tippins_,   _Frank Lee Youth Center_

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _2-4-07 And 2-11-07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was made to take my Wedding Band off During my visit._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 2-4-07 at 6:55 AM I was ordered By Sgt. G. Tippins to take off my wedding Band, I wrote Cpt. Burton on 2-5-07 and the cpt. had talked to Sgt. G. Tippins about this matter and said he's going to Deal with it.

GROUND TWO: On 2-11-07 Sgt. G. Tippins made me come to the Security office and talked to me about this matter

[Margin note: Officer. Hall is my witness to this]

SUPPORTING FACTS: On 2-11-07 Sgt. G. Tippins told me that if I Challenged the Action's that he took on me, the Challenger -(I) will Be Dealt with, I Took that As A Threat and I Don't want Any problem's with this man, And I fear he is going to try and Do something to harm me.

GROUND THREE: Sgt. G. Tippins would not Allow me to Read the Rule Book to see if it's A Rule to not Being Able to wear A Wedding Band During visit's.

SUPPORTING FACTS: Inmate's are supposed to be Able to Read and Know the Rules of the Camp.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to Know the Rule's for wearing A Wedding Band during Visitation at Frank Lee Youth Center, I'm Legally married, I got married in Escambia County, Fl. I would like to get Tranferred to Mobile, or lexely Camp I live 6 hours from home Plus of the Conflict of intrest Between Sgt. G. Tippins and I.

_Daniel Levi Jay / 205865_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-11-07.
(Date)

_Daniel Jay / 205865_
Signature of plaintiff(s)

4

(Continue of 1st page IV)

__VI__ State Breifly @Exactly What You Want the Courts to Do for You.

Request The Court to Allow me to Amend, To This Complaint at A later Date. If the Sgt. Continues to Harass me, And continue to Retaliate because I ~~was~~ Mention This Incident to his Superiors. I am in fear of my life and Request to be moved from this Institution, for my saftey and the saftey of my wifes Life.

*Daniel Dey / 205865*

P.O. Box, 220410   C-1B
Deatsville, Al. 36022
F.L.Y.C.

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE AL DEPT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN.

Office of the Clerk
United States District Court
P.O. Box, 711
Montgomery, Al. 36101-0711

36101+0711

# Attachment

2-20-07

Frank Lee Youth Camp refuses to give me a copy of my Receipts and expenditures, and Balances of my Account for the last six months because they know what I'm trying to do with this paper work.

Please Help,

Daniel Gray

RECEIVED 2007 FEB 22 A 9:25 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

**COPY**

INSTITUTION: _Elmore C.C._

INMATE _Daniel Goff 205865_   DATE _6/6/06_

- —— 1. BIBLE (1)
- —— 2. STATIONARY/STAMPS
- —— 3. PENCIL (1)
- —— 4. SOCKS - WHITE (6 pr.)
- —— 5. UNDERSHIRTS/UNDERWEAR - WHITE (6)
- —— 6. HANDKERCHIEFS (6)
- —— 7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS
- —— 8. LEGAL PAPERS
- —— 9. TENNIS SHOES - WHITE (1 pr.)
- —— 10. SHOWER SHOES (1 pr.)
- —— 11. RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS
- —— 12. WALLET (1)
- —— 13. WRIST WATCH (1) - $25.00 VALUE OR LESS
- —— 14. WEDDING BAND (1) - $50.00 VALUE OR LESS  _gold in color_
- —— 15. ~~RADIO~~ — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN
- —— 16. BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED)

_1 Prubsk Boots Block Ozark Trail_

## DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $ _N/A_   WRIST WATCH $ _N/A_   WEDDING BAND $ _50.00_

_Daniel Goff 205865_ (INMATE SIGNATURE)   _Joseph M. _____ (WITNESS)

## PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

(INMATE SIGNATURE)   (WITNESS)

(See reverse side for instructions)

N795
Rev. 6/9/83

**COPY**