IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DANIEL LEVI GUY, #205 865 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-157-WKW |
| SGT. G. TIPPINS | * | |
| Defendant. | * | |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Frank Lee Youth Center in Deatsville, Alabama, filed this 42 U.S.C. § 1983 action on February 22, 2007. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before March 9, 2007 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Frank Lee Youth Center showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis* and MAIL a copy of this order to the inmate account clerk at the Frank Lee Youth Center.

    DONE, this 23rd day of February 2007.

                                            /s/Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE