RECEIVED
2007 MAR -3 A 9:30
T. HACKETT, CL
DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Judge,        Case # 2:07cv157

I Daniel Levi Guy AIS# 205865 filed A case, Daniel Guy VS Sgt. G. Tippins in Feb.. I'm still having problems with getting A transaction sheet of my income on my inmate account, Here's what they say on my Request form. Attached

I am writeing to see if I can please get An Extention please. It looks like I'm gona have to write Elmore C.F. to get my Transaction sheet from them, If it helps any my wife and I made agreement on her to send me 50 Dollars every two weeks and so if that will help from here on out can we— you and I go Ahead And set up A payment plan now so I can get this ball Rolling please, I'm still being harrassed by the Sgt. Tippins on A Daily base. He's even Tried to plant stolen property on me but Another Guard SAW him do it and stood up for me. Thanks, Daniel Guy

Lonel Levi Guy / Ledger
P.O. Box, 22040
Bessville, AL 36022
L.Y.C.

C-1B

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN

MONTGOMERY AL 361
07 MAR 2007 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711

## INMATE REQUEST SLIP

Name Daniel Levi Guy    Quarters C-1B    Date 2-26-07

AIS # 205865

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (X) Other Mrs. Strong

Briefly Outline Your Request - Then Drop In Mail Box

I need a copy of my transaction sheet of how much money I've recieved in the last 6 months please.

Thanks
Daniel Guy

Do Not Write Below This Line - For Reply Only

You haven't been here long enough to have 6 mths worth.

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)
( ) Warden                       ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176