IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DANIEL LEVI GUY, #205 865 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-157-WKW |
| SGT. G. TIPPINS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to comply with the court's February 23, 2007 order. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 3), is GRANTED;

2. Plaintiff is GRANTED an extension from March 9, 2007 to March 23, 2007 to comply with the court's February 23, 2007 order that he submit either the $350.00 filing fee or an appropriate affidavit in support of a motion to proceed *in forma pauperis,* including a prison account statement for the 6-months period immediately preceding the filing of this complaint. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned that this case be dismissed; and

3. The Clerk of Court SEND a copy of this order to the account clerk at the Elmore Correctional Facility.

DONE, this 9th day of March 2007.

            /s/Susan Russ Walker
            SUSAN RUSS WALKER
            UNITED STATES MAGISTRATE JUDGE