AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

DANIEL LEVI GUY
Plaintiff

V.

G. TIPPINS
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07CV157-WKW

I, Daniel Levi Guy, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration   Frank Lee Youth Center
   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   2005 - Dec. only for two weeks R.D. Lowes - in mobile.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I Recieve $20.00⁰⁰ here and $50.00⁰⁰ There from my wife and sometime's I Recieve nothing. I will most likely Recieve about $100.00⁰⁰ A month.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

2-26-07                    Daniel Duy — 205865
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

VIII.  **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**
A financial statement containing all transactions in your prisoner acount for the four (4) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

**CERTIFICATE**
(Prisoner Accounts Only)

I HEREBY CERTIFY that __Daniel Guy__ has the sum of $ __0__
(Name of Plaintiff/Petitioner)

as of __3/9/07__ on account to his credit at the __Frank Lee Y.C.__
(date)

institution where he is confined. I FURTHER CERTIFY that the above named prisoner has the following securities to his credit according to the records of this institution:

_____
_____
_____

__(Walter Henke)__
Authorized Officer of Institution

- 4 -

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    ELMORE CORRECTIONAL FACILITY


   AIS #: 205865      NAME: GUY,DANIEL               AS OF: 03/01/2007

                         # OF      AVG DAILY       MONTHLY
                MONTH    DAYS       BALANCE        DEPOSITS
   ---------------------------------------------------------------------

                 MAR     30         $0.00           $0.00
                 APR     30         $0.03           $0.25
                 MAY     31        $10.77         $145.60
                 JUN     30         $6.82         $172.00
                 JUL     31         $2.29         $100.00
                 AUG     31         $2.30          $20.00
                 SEP     30        $38.13         $400.00
                 OCT     31         $3.19         $133.00
                 NOV     30         $8.48         $150.00
                 DEC     31         $1.64          $20.00
                 JAN     31        $14.75          $50.00
                 FEB     28         $0.00           $0.00
                 MAR      1         $0.00           $0.00
```

Daniel Levi Guy / 205865 C-1B
P.O. Box 220410
Deatsville, Al. 36022
F.L.Y.C.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101

MONTGOMERY AL 361
12 MAR 2007 PM 2 L