Mrs. Susan Russ Walker

I have Been sending money to you I get 50. Dollars every two weeks and the camp takes 20% which is 10.00⁰⁰ and sends it to you I've only Recieved 100⁰⁰ since March 1ˢᵗ and Probably won't Recieve anymore because my wife Just Bought A New house And A new car.

Here's my Receipt's, They Don't ever put the Gross on there They only put The Net which is After They get what is needed. I Really need to do something About This Case, I Really need to Be Removed from This Camp and Taken to Another one some how. The problem is getting worse. I Still have'nt Been Able to Read The S.O.P. so I'll know The Rules.    Thanks,

Daniel Gay

Lionel Levi Gray / 205869
P.O. Box 220410 B-5B
Coatsville, Al. 36022
F.Y.C.

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711



MONTGOMERY AL 361
13 APR 2007 PM 3 T

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FRANK LEE YOUTH CENTER
INMATE DEPOSITS

RECEIPT#: 2007002302

MAR. 19, 2007

RECEIVED OF: GUY, DANIEL

AIS#: 205865   BED ID: C01001B

$0.65   PREVIOUS BALANCE
$40.00  NET DEPOSIT
$10.00  C.O.P. DEDUCTED
$0.00

$40.65  CURRENT BALANCE

DEPOSIT SENT BY: THERESA M. GUY
DEPOSIT DOCUMENT: MONEYGRAM
CASE#: 2007157wkw   DOC.#: 55957829334
CASE#: N/A          MAIL LOG#: N/A

POSTED BY: BRITTNEY STRONG

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FRANK LEE YOUTH CENTER
INMATE DEPOSITS

RECEIPT#: 2007002439

GUY, DANIEL
PREVIOUS BALANCE
NET DEPOSIT
C.O.P. DEDUCTED

AIS#: 205865
DEPOSIT SENT BY: THERESA M. GUY
DEPOSIT DOCUMENT: MONEYGRAM
CASE#: 2007157wkw
CASE#: N/A

BED ID: B01005B

DOC.#: 56921816688
MAIL LOG#: N/A

CURRENT BALANCE                POSTED BY: BRITTNEY STRONG

10.00⁰⁰ was sent to you out of this money order of 50.⁰⁰ Dollars Also.

← I Don't know what happened to this part