IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DANIEL LEVI GUY, #205865
      Plaintiff

v.                                    CASE NO. 2:07-CV-157 WKW

SGT. G. TIPPINS
      Defendant,

## AMENDMENT TO COMPLAINT

Comes Now the Defendant, Daniel Levi Guy #205865. Pro, Se through himself, And in Accordance with this Honorable Courts ORDER, Of April 17th 2007 do. Hereby submit the following Amendment to Complaint

The Defendant, SGT. G. TIPPINS on February 04th 2007. A surposeably Professional Employee of the STATE of ALABAMA, DEPT. Of CORRECTIONS. Serving in the Capacity as a SGT. and Representing The STATE of ALABAMA Correctional DEPT. Knowing the Rules and Regulations, Of THE STATE of ALABAMA Corr. DEPT. And Sworn by An OATH; To not Abuse the Badge. Was in Violation of Rule's 30E Administrative Regulation's Tort's Acts. And the ALABAMA Personnel Board's, Standard of Conduct Rule #3@ ALL D.O.C Personnel are expected to:
    (4) Exercise Courtesy and Tact

IN THE UNITED STATES DISTRICT COURT

(2)

#(7) OBSERVE RULES, REGULATIONS and LAWS
(10) PREVENT the ABUSE of Authority of the BADGE

3(C) ALABAMA DEPT. of Corr. Officer's are Prohibited From

(4) USING Threats in Supervising Prisoner's and ABUSIVE LANGUAGE.

SGT. C. TIPPINS did willfully disobey A DIRECT ORDER from his Superior's, CAPTAIN Horace Burton. Whom had after a discussion about an incident between the Plaintiff and the Defendant. To which SGT. C. TIPPINS was founded to be totally incorrect in his judgement. As to, An Institutional Rule Regarding the wearing of Prisoner's wedding Bands. And the CAPTAIN Ruled that the Plaintiff was in Complaince, and correct as to his Knowledge of the Rules about the wedding band. Thus following the Chain of Command, As instructed in the Plaintiff Prisoner's HandBook, And Also the Institutional Rules. SGT. C. TIPPINS after being instructed not to question the Plaintiff Are approach the Plaintiff about the incident again. Took it upon himself to Disobey his Superior Officer Captain's Horace Burton Direct ORDER. And he then proceeded on his own. Dispite being Directed not to, with Hostile Intent, Proceeded to the Plaintiff sleeping quarters and Physically awoken the Plaintiff, with Hostile Gestures and Abusive threaten Language, threaten the Plaintiff. Causing the Plaintiff to fear for his safety. Only because the Plaintiff had followed the correct procedures as to Reporting A Correctional Officer Abuse or violation of a certain Rule, Quoting to to the Plaintiff; That he better Never go over his head, to higher

Authority Questioning his Order's. (In other word's what I say goes) It so the Plaintiff would be dealt with, the old way that officer's dealt with prisoner's (meaning he would harm the plaintiff, usely by assaulting Prisoner's). Also stating to the Plaintiff that the incident wasn't over yet. Meaning he the defendant was going to take the matter into his own hand's. Regardless of the Order given by his Superior Officer. And that he would deal with it as he the defendant choose to do. Witch frighten the plaintiff so bad. That he immediate filed the 1983 Complaint. Because the Plaintiff, during his previous year's of incarceration. Has seen, with his own eye's Correctional Officer's Brutally beat Prisoner's to death and then the entire staff cover-up the incident.

Plaintiff Prays that this Honorable Court will consider this Amendment to the Complaint. And Grant the Plaintiff, the Required Relief in accordance with the Law's.

Daniel Lewis Guy
AIS# 205865
4-23-07

Certificate of Service

I Daniel Lewis Guy #205865 do hereby certify that a Copy of the foregoing Amendment to the Complaint is being served upon the Clerk of the United States District Court, Middle District of Alabama. And a Copy is also being included for the Clerk's Office to forward to the Defendant or his Attorney's whom are unknown to the Plaintiff. By placing said same in the U.S. Mail properly addressed and Postage prepaid this the 23rd Day of April, 2007



Daniel Leon Guy / 209465
P.o. Box 220410     B-21-A
Deatsville, Al. 36022
F.L.Y.C.

MONTGOMERY AL 301
24 APR 2007 PM 3 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711