IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Daniel Levi Guy, #205866
    Plaintiff,

vs.
    2:07-CV-157-WKW
    (WO)

SGT. G. Tippins
    Defendant,

RECEIVED 2007 MAY 14 A 10:49

## OBJECTIONS TO SAID RECOMMENDATION

By Dismissing this cause, the Court will be sending the message to all Correctional Officer's. That they can violate the Law's and Right's of Inmates. Anytime they choose to do so. And the Court's will justify their action's. Because this isn't only just a matter about the threat's. SGT. G. Tippins has made against the Plaintiff. The Plaintiff is still unable to wear his Wedding Band at family visitation, which is a violation of the Plaintiff Religionist Right's. And this Disrespects his Wife. Also the Acting Warden Captain Horace Burton here at Frank Lee Youth Center. Has done nothing, to attempt to Correct the matter. Even where the ALA D.O.C. Policy states that the Plaintiff is justified in Refusing to Remove his wedding Band. Which is in the future going to cause more problem's. Because visitation is conducted on the weekend's when the Acting Warden Captain Horace Burton. Is not on duty and SGT. G. Tippin is in charge. And he states that he run's the facility as he please's. By his Rules and what he said's goe's. Whether it is a violation of the Regulations or not. The First Shift LT, who

is in charge of SGT. G. Tippins, Read the Standard Operation Procedures as to wedding Band's to me. And these Regulation's Place's SGT G. Tippin clearly in violation. Which if he had known the S.O.P Regulation's, Which is part of his Job description, he wouldn't have had to threat and intimidate the Plaintiff. It's not my Responsibility to Educate, these Officer. The State of Alabama Swear's that these personnel are properly trained. At Taxpayer's expensive When they act as nothing but Bandit's themselves behind a badge. The Plaintiff hopes that the Court would Reconsider it's Recommedation.

Sincerely, Daniel Guy

Daniel Levi Guy #205865 Tn. Se
F. L. Y. C.
P. O. Box 220410
Deatsville, AL 36022

## Certificate of Service

I, Daniel L. Guy #205865 do hereby certify that a copy of the foregoing Objection to Said Recommendation Has been served upon the Office of the Clerk for the United States District Court Middle District of Alabama by placing said same in the U.S Mail properly addressed And postage prepaid this the 10th Day of May 2007

Daniel Levi Guy / 205865
P.O. Box 220410 / B-21-A
Deatsville, Al. 36022
F.L.Y.C.

11 MAY 2007 PM 3 T

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALA DEPT. OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711