IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DANIEL LEVI GUY, #205865

VS.   2:07-CV-157-WKW
   (WO)

SGT. G. TIPPINS

## OBJECTIONS TO THE SUPPLEMENTAL RECOMMENDATION

Comes Now the Plaintiff in the above cause, serve Notice of his, Objection to the decision of the Magistrate Judge's, Recommendation that the pending Litigation be dismissed. Madam in the interest of Justice, if the Court allows, the Recommendation to stand. This will send a message to every Correction Officer in the, State of Alabama. Stating that it's O.K. to not follow, proper protocol, and that the policie's and Regulation's, Don't have to be Adhered too, The Courts will allow dirty Cop's Immunity from prosecution by Law. Even when it's has been without doubt, That one of the Law Enforcement Correction Officer's is total wrong. Correctional Officer are above the Law's of this Land, and don't have to obey Regulation's and policies. They are allowed with Immunity to do as they please, when it comes to violating Convict's Rights. Regardless of who, Order's them to stand down. I would like to remind the Court once again, That Captain Horace Burton, the Acting Warden at the Institution. After Carefully Reviewing the situation, And also after Reviewing the Standard Operating Procedures as to inmates wearing wedding

Band's during visitation. The Captain called the Plaintiff and the Defendant into his office, And discussed the issue. With both parties, And informed both parties that the Plaintiff was in Compliance, with the AL. D.O.C. Regulations And had all the right to wear his wedding band at visitation. But the Defendant SGT. C. Tippins, inability to accept the fact that he can be in error. Of the Regulations, and failure to review the Regulation, pertaining to the issue. Instead Tippins Plotted and once the Acting Warden had gone home. Despite being warned by his superior, To Leave the Plaintiff alone. SGT. C. Tippin deliberately premeditated the Alleged Improper Action's, Carried-out toward the Plaintiff, And did with an in-depth Attempt. By awakening the Plaintiff from his sleep and verbally threatening the plaintiff, Because of the Plaintiff following through the Chain of Command. Which is D.O.C. Proper Procedure's, when experiencing a problem. This proves that SGT. Tippins was not ignorant of the Law. But shows that he is Cunning and Clever, as how to manipulate the system. This Allegation is not just an isolated incident, but a pattern practice of bias Aimed at white inmates. Even since the Plaintiff Reported the incident. SGT. C. Tippins has continued to harass the Plaintiff. Making it more evident what his intentions are, Once this issue becomes less noticeable, This Officer has numerous complaints about his unprofessional behavior. And also his bully ways of getting his point across. It is evident and plain to see, that this Officer is a Racist. And his intention's are to Cause Inmate's undue hardship's. Whenever the opportunity present's itself. Undoubtably, the safety and integrity and Reputation of the Plaintiff and his spouse

As Husband and Wife, is of Little meaning to this Officer. At the Least the Court should conduct and in-depth investigation into the incident. This facility is rated as the Least Restrictive of all the Prisons in the State of Alabama. Why would this sort of behavior, be tolerated. No inmates at this Level of Custody pose any danger to society. The Plaintiff goes and come daily from a free-world Job. The Refusal to allow the plaintiff to wear his wedding band during visitation. Is discriminatory when all other inmates are allowed to wear their wedding bands. During visitation, Also it impinges on Plaintiff and his spouse's Religist beleif. Because Both believe God created all men equal, And that it is out of their desire to be obedient to God, By Reverancing one another with Respect. By wearing their wedding bands symbolizing that they are united as one. Already spoken for. Both Plaintiff and spouse are of the Catholic Religion.

Sincerelly Submitted
*Daniel Coy*
Daniel Levi Coy #205865
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

## Certificate of Service

I Do hereby Certify that A copy of the foregoing Objection to The Supplemental Recommendation has been served upon the Clerk of the Court, For the Defendant also as has been done this the 29th day of May 2007. By placing this Reply in the U.S. Mail properly addressed and postage prepaid.



Daniel Levi Guy #205865,
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

LEGAL Mail

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711