IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DANIEL LEVI GUY, #205 865          *

    Plaintiff,                                *

    v.                                          *          2:07-CV-157-WKW

SGT. G. TIPPINS                          *

    Defendant.                             *

_____

**ORDER ON MOTION**

On May 31, 2007, Plaintiff filed objections to the May 21, 2007, Supplemental Recommendation of the Magistrate Judge. Upon review of the objections, also construed as a motion to amend complaint to add an equal protection claim, it is

ORDERED that the motion to amend (Doc. No. 14) be and is hereby DENIED.[1]

DONE, this 31st day of May  2007.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is free, however, to pursue his equal protection claim in a separate civil action.