IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEVY GUY, #205865, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-157-WKW |
| | ) (WO) |
| SGT. G. TIPPINS, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On May 1 and May 24, 2007, the Magistrate Judge filed Recommendations (Doc. # 11, 13) in this case. Plaintiff timely filed objections. (Docs. # 12, 14.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendations of the Magistrate Judge (Doc. #11, 13) are ADOPTED; and

2. Plaintiff's Objections (Docs. # 12, 14) are OVERRULED.

An appropriate judgment dismissing the case with prejudice will be entered.

DONE this 31st day of July, 2007.

                                                /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE